IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SHERMAN HOUSE | ) |
| Plaintiff, | ) ) Civil No. 3:18-cv-00472 |
| v. | ) ) ) District Judge Eli J. Richardson |
| NAVIENT SOLUTIONS, LLC | ) ) Magistrate Judge Barbara D. Holmes |
| Defendant. | ) |

## NOTICE OF NO RESPONSE TO DEFENDANT NAVIENT SOLUTIONS, LLC'S FIRST AMENDED MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Navient Solutions, LLC ("NSL") moved on August 14, 2018, to dismiss Plaintiff Sherman House, DDS's ("Dr. House") Complaint for Declaratory Judgment ("Complaint") under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) [ECF Nos. 13 & 14].

Pursuant to paragraph L of the Court's Initial Case Management Order [ECF No. 8] and Magistrate Judge Holmes's verbal instructions at the parties' July 16, 2018 conference, Dr. House's deadline to respond to NSL's dismissal motion was September 11, 2018.

Dr. House did not timely respond to NSL's dismissal motion.

On September 24, 2018, Chief Judge Crenshaw ordered that this case should be held in abeyance until November 20, 2018 [ECF No. 21]. The Order provided that Dr. House would have until November 20, 2018, to obtain new counsel and, if new counsel did not make an appearance by that date, Dr. House would be deemed to be proceeding in this action *pro se*.

On October 19, 2018, this matter was transferred to Judge Richardson.

As of this filing, no new counsel has appeared on behalf of Dr. House.

NSL accordingly notifies this Court that, pursuant to LR 7.01(3), no timely response has been filed to its dismissal motion. By rule, the motion should be deemed to be unopposed.

1

Dated: November 21, 2018

        */s/ Adam C. Ragan*
        Adam C. Ragan
        BPR No. 028557

        **HUNTON ANDREWS KURTH LLP**
        1445 Ross Ave., Suite 3700
        Dallas, Texas 75202
        214-468-3577
        214-880-0011 (fax)
        aragan@huntonAK.com

        *Counsel for Defendant Navient Solutions, LLC*

## CERTIFICATE OF SERVICE

I certify that on November 21, 2018, a true and correct copy of Defendant Navient Solutions, LLC's First Amended Motion to Dismiss Plaintiff's Complaint was filed with the Clerk of the Court using the CM/ECF system, which immediately upon filing, will serve a Notice of Electronic Filing in compliance with Local Rule 5.03(b)(1) to:

Brian Manookian, #26455
Cummings Manookian PLC
45 Music Square West
Nashville, Tennessee 37203
(T) 615.266.3333
(F) 615.266.0250
bmanookian@cummingsmanookian.com

In addition, copies of this filing have been mailed via regular and certified mail to the last known address provided for the *pro se* plaintiff as follow:

Sherman House, DDS
600 12th Ave. South, Apt. 901
Nashville, Tennessee 37203

        */s/ Adam C. Ragan*
        Adam C. Ragan